```
               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

**CIVIL ACTION NO. 1:13cv89 (WOB-MRM)**

**JEREMIAH CRAYCRAFT**                                          **PETITIONER**


VS.                            <u>**JUDGMENT**</u>


**WARDEN, HOCKING CORRECTIONAL
FACILITY**                                                      **RESPONDENT**


This matter is before the Court on the Report and Recommendations and the Supplemental Report and Recommendations of the United States Magistrate Judge (Doc. 20 and 26), and having considered de novo those objections filed thereto by petitioner (Doc. 24 and 28), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 24 and 28) to the Report and Recommendations and Supplemental Report and Recommendations (Doc. 20 and 26) be, and hereby are, **overruled.** The Report and Recommendations and the Supplemental Report and Recommendations of the Magistrate Judge (Doc. 20 and 26) be, and hereby are, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 2), is **DISMISSED** with prejudice.  Petitioner is **granted** a certificate of appealability on the one ground for relief he pleads.

This 6th day of November, 2014.



Signed By:
*William O. Bertelsman* WOB
United States District Judge